UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darrell Alvin Johnson,                                          Civil 05-1009 DSD/FLN

                    Petitioner,

          v.                                                            O R D E R

Ann Taylor, Hennepin County,

                    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated June 2, 2005, all the files and

records, and no objections having been filed to said Report and Recommendation,

          **IT IS HEREBY ORDERED** that:

          1.  Petitioner's application to proceed *in forma pauperis* [#2] is DENIED; and

          2.  Petitioner's application for habeas corpus relief under 28 U.S.C. Section 2254

[#1] is DISMISSED WITHOUT PREJUDICE.


Dated:  June 21, 2005

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court